1          UNITED  STATES  DISTRICT  COURT

2          WESTERN  DISTRICT  OF  TEXAS

3          SAN  ANTONIO  DIVISION

4    UNITED  STATES  OF  AMERICA,    )CRIMINAL  NO.  5:13-785
                                     )
5                                    )
     vs.                             )February 5, 2015
6                                    )
     RAUL GONZALEZ,                  )
7                                    )
     DEFENDANT._____      )

8

9

10             TRANSCRIPT  OF  SENTENCING
       BEFORE  THE  HONORABLE  ORLANDO  L.  GARCIA
11             DISTRICT  COURT  JUDGE

12   APPEARANCES:

13   For the Government:      RUSSELL LEACHMAN, AUSA
                              Office of US Attorney
14                            601 NW Loop 410, Suite 600
                              San Antonio, Texas 78216

15

16   For the Defendant:      CYNTHIA HUJAR ORR, ESQUIRE
                              Goldstein, Goldstein & Hilley
17                            310 S. St. Mary's Street
                              29th Floor
18                            San Antonio, TX 78205

19

20

21

22

23

24
     Produced by mechanical stenography; computer-aided
25   transcription

                  Leticia Ornelas Rangel, CSR

1                    P-R-O-C-E-E-D-I-N-G-S

2              THE COURT:  Now proceeding to U.S. versus Raul

3     Gonzalez.  13-CR-785.

4              MR. LEACHMAN:  Russell Leachman for the United

5     States, present, Your Honor.

6              THE COURT:  Mr. Gonzalez, have you had an

7     opportunity to review the presentence report with your

8     lawyer?

9              DEFENDANT GONZALEZ:  Yes.

10             THE COURT:  Do you understand the contents of the

11    report?

12             DEFENDANT GONZALEZ:  Yes.

13             THE COURT:  Okay.

14             MR. LEACHMAN:  May we approach on this one, Judge?

15             THE COURT:  Yes, of course.

16             (Off-the-record; at sidebar.)

17             (End of sidebar.)

18             THE COURT:  This is an 11(c)1(C) matter.  The

19    guidelines as agreed-upon by the parties, are offense level

20    33, category one.  The 11(c)1(C)agreement provides 54 months,

21    supervised release of five years to life.  The agreement,

22    however, was five years.  There will be no fine as -- rather,

23    there is a fine range of $17,500 to 10,000 -- $10 million.

24    Let me see the lawyers up here again, please.

25             (Off-the-record; at sidebar.)

1          (End of side-bar.)

2          THE COURT:  Okay.  The fine range is 17,500 to

3   $10 million and a 100-dollar special assessment.  The Court

4   is going to remove the two points, the gun count.

5          And are there any other matters, counselors, that

6   we need to consider before the imposition?

7          MS. HUGAR ORR:  Your Honor, I just wanted my client

8   to hear that I had argued before Your Honor for voluntary

9   release.

10          THE COURT:  Right, and the Court has considered

11   that and will reject that and deny that.  And, however, you

12   can file a motion to reconsider, if you wish, if you want to

13   outline more specifically the issues, and then the

14   government -- I'll give them ten days to respond, if you file

15   a motion.

16          MS. HUGAR ORR:  Thank you, Your Honor.

17          THE COURT:  Mr. -- rather, let me ask the

18   prosecutor, any allocution?

19          MR. LEACHMAN:  Nothing further, Judge, other than

20   to ask the Court to follow the terms in the plea agreement.

21          THE COURT:  The agreement.  Okay.  Counselor, any

22   allocution on behalf your client?

23          MS. HUGAR ORR:  Yes, Your Honor.

24          THE COURT:  Or, Mr. Gonzalez, do you wish to say

25   anything?

1          DEFENDANT GONZALEZ:  I just offer my apologies to

2    you, to my family, to my children.  I do wish to be a better

3    person.  I just want to return to be by the side of the

4    people who love me.  I have three daughters.  One is 17 years

5    old, one is ten, and the little one is four.

6          THE COURT:  All right.

7          DEFENDANT GONZALEZ:  I'd offer my apologies in

8    general to everybody, and to this Court, and that's all.

9          THE COURT:  Okay.

10          MS. HUGAR ORR:  Your Honor, I misunderstood when

11    you asked me to allocute.

12          THE COURT:  I'm sorry?

13          MS. HUGAR ORR:  I misunderstood when you asked me

14    to allocute on behalf of my client.

15          THE COURT:  Go ahead.

16          MS. HUGAR ORR:  What I wanted to say is that my

17    client's family is here supporting him--

18          THE COURT:  Yes.

19          MS. HUGAR ORR:  -- his fiancee.

20          THE COURT:  All right.

21          MS. HUGAR ORR:  -- and his father and his sister

22    and brother, that he is a U.S. citizen, Your Honor, so

23    there's no concern about that.  That he did accept

24    responsibility and plead guilty, and he has at no time

25    indicated to the government that he intended to go to trial.

Leticia Ornelas Rangel, CSR

1    We ask you to accept the (c)1(C) and sentence him.

2              THE COURT:  Okay.

3              MS. HUGAR ORR:  And also he would request, as I

4    mentioned, designation to either Three Rivers or Seagoville,

5    Your Honor.

6              THE COURT:  All right.  Any legal reason I cannot

7    proceed, counselor?

8              MS. HUGAR ORR:  No, Your Honor.

9              THE COURT:  Okay.  The Court having considered the

10   guidelines, finds them fair and consistent and -- rather,

11   consistent with the plea agreement in this matter, the Court

12   will impose a sentence of 54 months upon the defendant.

13   Supervised release will be five years to comply with all

14   conditions of supervision.  There will be a fine of $85,000,

15   a special assessment of $100 due immediately.  The defendant

16   does have the right to appeal this sentence, unless

17   previously waived.  This document is sealed, available for

18   appellate review, if any.  Anything else, counselor?

19             MS. HUGAR ORR:  Nothing further, Your Honor.

20             MR. LEACHMAN:  Just to reflect the forfeiture that

21   we discussed, Judge, and any interest that he might have in

22   the properties listed and in the $120,000.

23             THE COURT:  Is that agreed-upon, counsel?

24             MS. HUGAR ORR:  Yes, Your Honor, but reflecting

25   that he has no interest in the properties, and that he would

Leticia Ornelas Rangel, CSR

1   say that and the government understands that.

2              THE COURT:   Okay.   Thank you.   You're excused.

3              (Adjournment.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   UNITED STATES DISTRICT COURT   )

2   WESTERN DISTRICT OF TEXAS      )

3           I certify that the foregoing is a correct

4   transcript from the record of proceedings in the

5   above-entitled matter.  I further certify that the transcript

6   fees and format comply with those prescribed by the Court and

7   the Judicial Conference of the United States.

8   Date signed:    July 25, 2015.

9

10

11                              /s/ Leticia Rangel
                                _____
                                **LETICIA RANGEL**
                                United States Court Reporter
12                              655 East Cesar E. Chavez Blvd.,
                                Room 315
13                              San Antonio, Texas 78206
                                (210) 244-5039

14

15

16

17

18

19

20

21

22

23

24

25

Leticia Ornelas Rangel, CSR