UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>RAUL GONZALEZ, JR.,<br>  Defendant,<br><br>and<br><br>JPMORGAN CHASE BANK, N.A.,<br>  Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. SA-13-CR-785(1) OLG<br>)<br>)<br>)<br>)<br>) |

## MOTION TO UNSEAL GARNISHMENT DOCUMENTS

COMES NOW the United States of America and files this Motion to Unseal Garnishment Documents. In support hereof, Plaintiff shows as follows:

The Garnishee JPMorgan Chase Bank, N.A. has been served with the writ of garnishment. It is no longer necessary for these proceedings to be sealed. The United States of America therefore moves this Court to unseal the following documents:

- Government's Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other documents filed pertaining to this garnishment proceeding.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

By: /s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
Telephone:  (210) 384-7259
Facsimile:  (210) 384-7247
E-mail:  Steven.Seward@usdoj.gov

**KRISTY K. CALLAHAN**
Assistant United States Attorney
Mississippi Bar No. 101255
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
Telephone: (210) 384-7255
Facsimile:  (210) 384-7247
E-mail: Kristy.Callahan@usdoj.gov

**ATTORNEYS FOR UNITED STATES**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 10, 2015**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

JP Morgan Chase Bank, N.A.,
c/o Truman E. Spring, Jr.
1412 Main St., Suite 750
The Adolphus Tower
Dallas, Texas 75202-4037
*Attorney for Garnishee*

Raul Gonzalez, Jr.
Reg. No. 26150-380
Seagoville FCI
2113 North Hwy 175
Seagoville, Texas 75159
*Defendant*

/s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>RAUL GONZALEZ, JR.,<br>  Defendant,<br><br>and<br><br>JPMORGAN CHASE BANK, N.A.,<br>  Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. SA-13-CR-785(1) OLG<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER UNSEALING DOCUMENTS

The United States of America has moved to unseal previously filed documents. The Court finds that there is no longer a need to seal documents herein because garnishee to this garnishment proceeding has been noticed with the writ. The Court therefore grants the motion and orders that previously sealed documents filed in the garnishment proceeding be unsealed, to-wit:

- Motion to Seal Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other document filed under seal in this garnishment proceeding.

IT IS SO ORDERED.

DATED: _____        _____
                    **ORLANDO L. GARCIA**
                    UNITED STATES DISTRICT JUDGE