FILED

AUG - 3 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA, § Case No. 5:13-CR-00785-OLG-1
 §
v. §
 §
RAUL GONZALEZ, JR. §
 §

### DEFENDANT'S MOTION TO UNSEAL RECORD DOCUMENTS

COMES NOW Raul Gonzalez, Jr., pro se, who respectfully moves this Court to unseal certain docket entry documents in this case. In support of this motion, Movant would show as follows:

1. On February 6, 2015, this Court entered Judgment, sentencing Gonzalez to a term of fifty four (54) months imprisonment. de#65.

2. In the course of this case (September 18, 2013 to December 23, 2015), a number of documents were filed in this Court under seal.

3. Post sentencing, a number of issues have arisen with various attorneys connected with this case, some of which may involve serious violations of the Rules of Professional Conduct of the Texas State Bar. Further, there are some potentially material Constitutional issues which need further development in this matter. Consequently, Gonzalez seeks an Order of this Court to unseal certain documents in the record, in order that Gonzalez may pursue certain Constitutional claims as well as potential claims against lawyers associated with the case.

4. Gonzalez has written to former counsel Cynthia Orr (who is not the subject of potential Bar discipline) for a copy of the

1

entire file in this case several weeks ago, and counsel has not yet responded to the request. Even if counsel did respond, they would not be able to provide copies of sealed documents to Gonzalez without violating the Court's rules. As such, Gonzalez has no other means to obtain the documents he seeks.

    5. On information and belief, the documents sought would not present any concerns for any individual other than Gonzalez, and Gonzalez has no information that the Government will oppose this request.

    6. Gonzalez requests an Order of this Court to order unsealed the following record documents, and provide a copy of each to Gonzalez:

| | |
|---|---|
| de#25 | Sealed Order |
| de#26 | Sealed Motion |
| de#27 | Sealed Order |
| de#41 | Sealed motion and attachment |
| de#48 | Sealed Order |
| de#49 | Sealed Motion |
| de#64 | Sealed Order |
| de#67 | Sealed Motion |
| de#77 to de#83 | 7 sealed ex parte documents |
| de#86 | Sealed document |

WHEREFORE, PREMISES CONSIDERED, Gonzalez respectfully requests an Order of this Court ordering the unsealing of documents described in ¶ 6, and copies be furnished to Gonzalez.

August 1, 2016

Respectfully submitted,

_____

Raul Gonzalez, Jr.
#26150-380
P.O. Box 629
Bastrop, TX  78602-0629

2

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was served on the United States, by placing a copy into the United States mail, first-class postage prepaid, on August 1, 2016 to:

United States Attorney
601 N.W. Loop 410
Room 600
San Antonio, TX  78216-5597

_____

Raul Gonzalez, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Case No. 5:13-CR-00785-OLG-1 |
| | § | |
| v. | § | |
| | § | |
| RAUL GONZALEZ, JR. | § | |

### ORDER

On this day came to be considered Defendant Raul Gonzalez Jr.'s Motion to Unseal Record Documents. After considering the Motion, the Court **GRANTS** the motion.

The Clerk of the Court is **ORDERED** to unseal docket entries 25 to 27, 41, 48, 49, 64, 67, 77 through 83, and 86, and send copies to Mr. Gonzalez at the address he lists in his motion.

DONE THIS _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

Federal Correctional Institution
Name: Raul Gonzalez, Jr.
Register No: 26150-380
P.O. Box 629
Bastrop, TX 78602

RECEIVED
AUG 03 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

◇26150-380◇
U S Dist Court Clerk
655 E Cesar E Chavez BLVD
SAN Antonio, TX 78206
United States

78205-110675

AUSTIN TX 787
RIO GRANDE DISTRICT
01 AUG 2016 PM 5 L

SCREENED BY ___
AUG 03 2016

USA FOREVER