FILED

SEP 2 5 2018

CLERK, U.S. DISTRICT COURT.
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
V.                               )        CRIMINAL NO. SA-13-CR-785-OLG
                                 )
RAUL GONZALEZ, JR.,              )
                                 )
          Defendant.             )

### FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of

Forfeiture, pursuant to Title 21 U.S.C. §§ 853(n)(1)-(7) and Fed. R. Crim. P. 32.2(c)(2), and this

Court being fully and wholly apprised in all its premises, finds that the United States of America

has proven by a preponderance of the evidence the nexus between the Subject Real Property and

Subject Currency described below and the violations of Title 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)

and 846, by virtue of Defendant RAUL GONZALEZ, JR.'s Plea Agreement with factual basis

included therein; that said Defendant has an interest in the Subject Real Property and Subject

Currency; and that proper service was effected on all potential third parties.   As such, said Motion

is meritorious and should be, and hereby is **GRANTED**.   IT IS THEREFORE

**ORDERED** that all right, title, and interest of Defendant RAUL GONZALEZ, JR. in

certain property, namely:

> Real Property located at **5 Bowood Court, San Antonio, Bexar County, Texas
> 78218**, more particularly described as Lot 5, Block 10, New City Block 17500,
> Oakwell Farms Unit 9-A, In the City of San Antonio, Bexar County, Texas,
> According to the Plat Thereof Recorded in Volume 9514, Page 192-194, Deed
> and Plat Records of Bexar County, Texas, and

> $120,000.00, more or less, in United States Currency,

hereinafter referred to as the Subject Real Property and Subject Currency, be, and hereby is,

forfeited to the United States of America; and IT IS FURTHER

**ORDERED** that any and all right, title, and interest of Rodrigo Rosendo Gonzalez-Fernandez, Melissa Gonzalez, Champions Ridge Homeowners Association, Compass Bank, Raul Gonzalez Trevino (Individually and as Trustee of the Raul Gonzalez Trevino Living Trust), Alejandra Paola Ibarra Vazquez, and all other potential petitioners, save and except for the Bexar County Taxing Authorities, in the Subject Real Property and Subject Currency be, and hereby is, held in default and FORFEITED to the United States of America; IT IS FURTHER

**ORDERED** that the United States Department of Homeland Security and United States Marshals Service, and/or their designated agents, shall dispose of the Subject Real Property and Subject Currency in accordance with law; IT IS FURTHER

**ORDERED** that the United States Department of Homeland Security and United States Marshals Service shall be reimbursed for any and all costs and expenses incurred relating to the seizure, custody, maintenance, and disposal of the Subject Real Property and Subject Currency; IT IS FURTHER

**ORDERED** that the United States Department of Homeland Security, and/or its designated agent, shall pay any ad valorem taxes that may be due and owing to the Bexar County Taxing Authorities, in accordance with the Stipulation (Doc. 103) agreed to and filed with the Court, from the proceeds realized from the sale of the Subject Real Property; IT IS FURTHER

**ORDERED** that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 52) entered on December 5, 2014, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

2

SIGNED this _____ day of _____, 2018.


ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE